UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21CR2928-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING STATUS HEARING** |
| DANIEL DURLAND (1), ANTHONY HERNANDEZ (2), CESAR SANDOVAL (3), | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the joint motion to continue be GRANTED, and the Status Hearing for the above-referenced defendants be continued from March 18, 2022 at 1:45 p.m. to April 22, 2022 at 1:45 p.m. Time is excluded under the Speedy Trial Act for the reasons set forth in the joint motion.

IT IS SO ORDERED.

Dated: March 16, 2022

Hon. Janis L. Sammartino
United States District Judge