UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21CR2928-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| DANIEL DURLAND (1), ANTHONY HERNANDEZ (2), CESAR SANDOVAL (3), | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the joint motion to continue be GRANTED, and the Motion Hearing/Trial Setting for the above-referenced defendants be continued from June 17, 2022 at 1:30 p.m. to July 20, 2022 at 2:00 p.m. Time is excluded under the Speedy Trial Act for the reasons set forth in the joint motion.

IT IS SO ORDERED.

Dated: June 13, 2022

Hon. Janis L. Sammartino
United States District Judge