UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL DURLAND,<br>ANTHONY HERNANDEZ,<br>CESAR SANDOVAL,<br><br>Defendant. | Case No.  21-cr-2928-JLS<br><br>ORDER TO CONTINUE MOTION HEARING / TRIAL SETTING |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED**, that the motion hearing / trial setting date be continued from October 7, 2022, to **November 18, 2022 at 1:30 p.m.** In the interests of justice, time is excluded under the Speedy Trial Act, discovery is voluminous, defense counsel for Mr. Durland is new to the case, motions are pending, and defense counsel needs more time to investigate and meet with their clients to confer.

IT IS SO ORDERED.

Dated:  October 5, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge